# EXHIBIT 2

**COMMON LAW INTELLECTUAL PROPERTY
OF WORLD WRESTLING ENTERTAINMENT, INC.**

1



| | |
|---|---|
| 100% BAD LASS | BIG E |
| AJ STYLES | BOLIEVE |
| AMBROSE ASYLUM | BRET HART |
| ANDRE THE GIANT | BRET "HIT MAN" HART |
| ARRIVE. RAISE HELL. LEAVE | BRIE MODE |
| ATTITUDE ADJUSTMENT | BROWSEY |
| BADDEST | BRUTUS THE BARBER BEEFCAKE |
| BAD NEWS BARRETT | BULLETPROOF |
| BAD TIMES DON'T LAST BUT BAD GUYS DO | CAN I GET A HUG |
| BEAST INCARNATE | CEREBRAL ASSASSIN |
| BEAST FOR BUSINESS | CERTIFIED G |

| | |
|---|---|
| DEADMAN INC. | COLOSSALLY WON |
| DIAMOND DALLAS PAGE | PLAY/PAIN |
| DIRTY DEEDS | PYTHON POWER |
| DO THE WORK | RAID AND GET PAID |
| DOWN WITH THE MACHINE | RAISE YOUR LIMITS |
| EARN IT | RAZOR THE BAD GUY RAMON |
| EAT SLEEP CONQUER REPEAR | RESPECT EARN IT |
| FEARLESS | RISE ABOVE |
| FEARLESS NIKKI | RISE ABOVE HATE |
| FEED ME MORE | RKO |
| FEEL THE GLOW | ROMAN EMPIRE |
| FEEL THE POWER | RONDA J. ROUSEY |
| FIGHT OWENS FIGHT | RONDA ROUSEY |
| GABLE STEVESON | "ROWDY" RONDA ROUSEY |
| G.O.D. MODE | SANITY |
| GOLDBERG | SAWFT |
| GUNTHER | SCREW THE RULES |
| HARD DOSE OF REALITY | SETH "FREAKIN" ROLLINS |
| HART & SOUL | SGT. SLAUGHTER |
| HERE COMES THE MONEY | SPARE NO ONE, SPEAR EVERYONE |
| HIT HARD HIT OFTEN | SPLX-CITY |
| HITMAN | STAY FEARLESS |
| HOT MAMA | STEP UP OR STEP ASIDE |
| HOT ROD | STEP TO THE THRONE |
| HUG LIKE A CHAMP | STEPH FOR BUSINESS |
| HULK HOGAN | STING |
| I AM PHENOMENAL | STRONG STYLE |
| I BRING THE FITH | SUPLEX CITY |
| I'M AWESOME | TAPOUT |
| I'M A HUGGER | TEAM BROWSEY |
| IN SHANE WE TRUST | TEXAS RATTLESNAKE |
| IRON FIST, IRON RULE | THAT DAMN GOOD |
| IT'S FEEDING TIME | THAT'S WHAT I DO |
| IT'S TOO BAD I'M TOO GOOD | THE CHAMP IS HERE |
| IT'S TRUE IT'S TRUE | THE DEMON |
| JAKE THE SNAKE ROBERTS | THE ICONOCLAST |
| JIM ROSS | THE LEGIT BOSS |
| KEEP CALM AND NEVER GIVE UP | THE MAN'S BACK IN TOWN |
| KO | THE NEW FACE OF FEAR |
| KURT ANGLE | THE SHOWSTOPPER |
| LEGIT BOSS | THE ULTIMATE THRILL RIDE |
| MACHO MAN | U CAN'T SEE ME |
| MACHO MAN RANDY SAVAGE | UNSTABLE |
| NAKAMURA | UP UP DOWN DOWN |
| NATURE BOY | VENGEANCE UNEARTHED |
| NEEDLE MOVER | VENOM IN MY VEINS |
| NEW DAY ROCKS (NDR) | YES YES YES |
| ONE & DONE | YOUR NIGHTMARE IS REALITY |
| ONE VERSUS ALL | |
| OUTTA NOWHERE | |
| PHENOMENALLY DONE | |

3