# EXHIBIT 3

**2022-2023 WWE Events**

| Date | Venue |
| --- | --- |
| 04/08/2022 | Fiserv Forum,Milwaukee,WI |
| 04/11/2022 | Little Caesar's Arena,Detroit,MI |
| 04/12/2022 | WWE Performance Center,Orlando,FL |
| 04/15/2022 | DCU Center,Worcester,MA |
| 04/16/2022 | Erie Insurance Arena,Erie,PA |
| 04/17/2022 | War Memorial Arena,Syracuse,NY |
| 04/18/2022 | KeyBank Center,Buffalo,NY |
| 04/22/2022 | MVP Arena,Albany,NY |
| 04/23/2022 | Santander Arena,Reading,PA |
| 04/23/2022 | Garrett Coliseum,Montgomery,AL |
| 04/24/2022 | Visions Veterans Memorial Arena,Binghamton,NY |
| 04/24/2022 | James Brown Arena,Augusta,GA |
| 04/25/2022 | Thompson/Boling Assembly Arena,Knoxville,TN |
| 04/26/2022 | WWE Performance Center,Orlando,FL |
| 04/30/2022 | RP Funding Center,Lakeland,FL |
| 05/01/2022 | EagleBank Arena,Fairfax,VA |
| 05/02/2022 | Greensboro Coliseum  ,Greensboro,NC |
| 05/03/2022 | WWE Performance Center,Orlando,FL |
| 05/06/2022 | Nassau Coliseum,Uniondale,NY |
| 05/06/2022 | Nassau Coliseum,Uniondale,NY |
| 05/07/2022 | CURE Insurance Arena ,Trenton,NJ |
| 05/08/2022 | Dunkin Donuts Center ,Providence,RI |
| 05/09/2022 | XL Center,Hartford,CT |
| 05/10/2022 | WWE Performance Center,Orlando,FL |
| 05/13/2022 | Mohegan Sun Arena @ Casey Plaza,Wilkes Barre,PA |
| 05/14/2022 | Florence Civic Center,Florence,SC |
| 05/15/2022 | Berglund Center Coliseum,Roanoke,VA |
| 05/16/2022 | Norfolk Scope Arena,Norfolk,VA |
| 05/17/2022 | WWE Performance Center,Orlando,FL |
| 05/20/2022 | Van Andel Arena,Grand Rapids,MI |
| 05/21/2022 | BMO Harris Bank Center,Rockford,IL |
| 05/21/2022 | Canton Mem Civic Cntr,Canton,OH |
| 05/22/2022 | Alliant Energy PowerHouse,Cedar Rapids,IA |
| 05/22/2022 | Allen County War Mem. Coliseum,Fort Wayne,IN |
| 05/23/2022 | Ford Center Evansville,Evansville,IN |
| 05/24/2022 | WWE Performance Center,Orlando,FL |
| 05/27/2022 | Simmons Bank Arena,North Little Rock,AR |
| 05/30/2022 | Wells Fargo Arena,Des Moines,IA |
| 05/31/2022 | WWE Performance Center,Orlando,FL |
| 06/03/2022 | Schottenstein Center,Columbus,OH |
| 06/04/2022 | State Farm Center,Champaign,IL |
| 06/05/2022 | Allstate Arena,Chicago,IL |

| Date | Venue |
|---|---|
| 06/06/2022 | Resch Center,Green Bay,WI |
| 06/07/2022 | WWE Performance Center,Orlando,FL |
| 06/10/2022 | Raising Cane's River Center ,Baton Rouge,LA |
| 06/11/2022 | Pan American Center,Las Cruces,NM |
| 06/11/2022 | Show Me Center,Cape Girardeau,MO |
| 06/12/2022 | Tingley Coliseum,Albuquerque,NM |
| 06/12/2022 | JQH Arena,Springfield,MO |
| 06/13/2022 | Intrust Bank Arena,Wichita,KS |
| 06/14/2022 | WWE Performance Center,Orlando,FL |
| 06/17/2022 | Target Center,Minneapolis,MN |
| 06/18/2022 | The Monument,Rapid City,SD |
| 06/19/2022 | First Interstate Arena ,Billings,MT |
| 06/20/2022 | Pinnacle Bank Arena,Lincoln,NE |
| 06/21/2022 | WWE Performance Center,Orlando,FL |
| 06/24/2022 | Moody Center,Austin,TX |
| 06/25/2022 | Taylor County Coliseum,Abilene,TX |
| 06/25/2022 | Amarillo Civic Center,Amarillo,TX |
| 06/26/2022 | Ector County Coliseum,Odessa,TX |
| 06/26/2022 | Payne Arena,Hidalgo,TX |
| 06/27/2022 | Sames Auto Arena,Laredo,TX |
| 06/28/2022 | WWE Performance Center,Orlando,FL |
| 07/01/2022 | Footprint Center,Phoenix,AZ |
| 07/02/2022 | Allegiant Stadium,Las Vegas,NV |
| 07/03/2022 | Tucson Convention Center,Tucson,AZ |
| 07/04/2022 | Pechanga Arena ,San Diego,CA |
| 07/08/2022 | Dickies Arena,Ft. Worth,TX |
| 07/09/2022 | Golden 1 Center,Sacramento,CA |
| 07/09/2022 | Brookshire Grocery Arena,Bossier City,LA |
| 07/10/2022 | Reno -Sparks Event Center,Reno,NV |
| 07/10/2022 | Extraco Events Center,Waco,TX |
| 07/11/2022 | AT&T Center,San Antonio,TX |
| 07/15/2022 | Amway Center,Orlando,FL |
| 07/16/2022 | Hertz Arena,Fort Myers,FL |
| 07/16/2022 | Donald L. Tucker Civic Center,Tallahassee,FL |
| 07/17/2022 | FLA Live Arena,Ft. Lauderdale,FL |
| 07/17/2022 | Ocean Center,Daytona Beach,FL |
| 07/18/2022 | Amalie Arena,Tampa,FL |
| 07/22/2022 | T.D. Garden,Boston,MA |
| 07/23/2022 | Total Mortgage Arena,Bridgeport,CT |
| 07/24/2022 | Adirondack Bank Center,Utica,NY |
| 07/25/2022 | Madison Square Garden,New York,NY |
| 07/29/2022 | State Farm Arena ,Atlanta,GA |
| 07/30/2022 | Nissan Stadium,Nashville,TN |
| 08/01/2022 | Toyota Center,Houston,TX |

| Date | Venue |
|---|---|
| 08/05/2022 | PNC Arena,Raleigh,NC |
| 08/06/2022 | North Charleston Coliseum,North Charleston,SC |
| 08/07/2022 | Crown Coliseum,Fayetteville,NC |
| 08/08/2022 | Rocket Mortgage Fieldhouse,Cleveland,OH |
| 08/12/2022 | Wells Fargo Center,Philadelphia,PA |
| 08/13/2022 | WYCC,Salisbury,MD |
| 08/14/2022 | Mark Etess Arena @ Hard Rock Hotel,Atlantic City,NJ |
| 08/15/2022 | Capital One Arena,Washington,DC |
| 08/19/2022 | Bell Centre,Montreal ,QC |
| 08/20/2022 | Canadian Tire Centre ,Ottawa,Canada |
| 08/20/2022 | Lyons Centre,Kingston,ON |
| 08/21/2022 | Colisee Pepsi,Quebec City,QC |
| 08/21/2022 | Budweiser Gardens,London,Canada |
| 08/22/2022 | Scotiabank Arena,Toronto,ON |
| 08/26/2022 | Little Caesar's Arena,Detroit,MI |
| 08/27/2022 | Mass Mutual Center,Springfield,MA |
| 08/28/2022 | SNHU Arena,Manchester,NH |
| 08/29/2022 | PPG Paints Arena,Pittsburgh,PA |
| 09/05/2022 | T-Mobile Center,Kansas City,MO |
| 09/09/2022 | Climate Pledge Arena,Seattle,WA |
| 09/10/2022 | Pacific Coliseum,Vancouver,Canada |
| 09/10/2022 | Spokane Arena,Spokane,WA |
| 09/11/2022 | Save On Foods Memorial Centre,Victoria,BC |
| 09/12/2022 | Moda Center,Portland,OR |
| 09/16/2022 | Honda Center,Anaheim,CA |
| 09/17/2022 | Mechanics Bank Arena,Bakersfield,CA |
| 09/18/2022 | Oakland Arena,Oakland,CA |
| 09/19/2022 | SAP Center ,San Jose,CA |
| 09/23/2022 | Vivint Smart Home Arena ,Salt Lake City,UT |
| 09/24/2022 | Stockton Arena,Stockton,CA |
| 09/25/2022 | Save Mart Center,Fresno,CA |
| 09/25/2022 | Bonnetts Energy Centre,Grande Prarie,AB |
| 09/26/2022 | Rogers Place,Edmonton,Canada |
| 09/30/2022 | Canada Life Centre,Winnipeg,MB |
| 10/01/2022 | Brandt Centre @ Evraz Place,Regina,SK |
| 10/01/2022 | Bismarck Event Center,Bismarck,ND |
| 10/02/2022 | SaskTel Centre,Saskatoon,SK |
| 10/02/2022 | Ralph Engelstad Arena,Grand Forks,ND |
| 10/03/2022 | Target Center,Minneapolis,MN |
| 10/07/2022 | Enterprise Center,St. Louis,MO |
| 10/10/2022 | Smoothie King Center,New Orleans,LA |
| 10/14/2022 | Paycom Center,Oklahoma City,OK |
| 10/17/2022 | United Center,Chicago,IL |
| 10/21/2022 | Greensboro Coliseum  ,Greensboro,NC |

| | |
|---|---|
| 10/24/2022 | Spectrum Center,Charlotte,NC |
| 10/28/2022 | KFC Yum Center,Louisville,KY |
| 10/31/2022 | American Airlines Center,Dallas,TX |
| 11/04/2022 | Norfolk Scope Arena,Norfolk,VA |
| 11/07/2022 | Barclays Center,Brooklyn,NY |
| 11/11/2022 | Gainbridge Fieldhouse,Indianapolis,IN |
| 11/12/2022 | Grossinger Motors Arena ,Bloomington,IL |
| 11/13/2022 | Wright State University's Nutter Center ,Dayton,OH |
| 11/14/2022 | Lexington Cntr Rupp Arena,Lexington,KY |
| 11/18/2022 | XL Center,Hartford,CT |
| 11/19/2022 | War Memorial Arena,Syracuse,NY |
| 11/20/2022 | PPL Center,Allentown,PA |
| 11/21/2022 | MVP Arena,Albany,NY |
| 11/25/2022 | Dunkin Donuts Center ,Providence,RI |
| 11/26/2022 | T.D. Garden,Boston,MA |
| 11/27/2022 | Cross Insurance Arena,Portland,ME |
| 11/28/2022 | Mohegan Sun Arena @ Casey Plaza,Wilkes Barre,PA |
| 12/02/2022 | KeyBank Center,Buffalo,NY |
| 12/03/2022 | FirstOntario Centre,Hamilton,Canada |
| 12/05/2022 | Wells Fargo Center,Philadelphia,PA |
| 12/09/2022 | Rocket Mortgage Fieldhouse,Cleveland,OH |
| 12/10/2022 | Wesbanco Arena,Wheeling,WV |
| 12/11/2022 | Appalachian Wireless Arena,Pikeville,KY |
| 12/11/2022 | Peoria Civic Center,Peoria,IL |
| 12/12/2022 | Fiserv Forum,Milwaukee,WI |
| 12/16/2022 | Allstate Arena,Chicago,IL |
| 12/17/2022 | World Arena,Colorado Springs,CO |
| 12/17/2022 | Bancorpsouth Arena,Tupelo,MS |
| 12/18/2022 | Budweiser Events Center,Loveland,CO |
| 12/18/2022 | First National Bank Arena,Jonesboro,AR |
| 12/19/2022 | Fedexforum,Memphis,TN |
| 12/23/2022 | PPG Paints Arena,Pittsburgh,PA |
| 12/26/2022 | Madison Square Garden,New York,NY |
| 12/26/2022 | Nationwide Arena,Columbus,OH |
| 12/27/2022 | Giant Center,Hershey,PA |
| 12/28/2022 | Little Caesar's Arena,Detroit,MI |
| 12/29/2022 | FTX Arena,Miami,FL |
| 12/29/2022 | Place Bell ,Montreal,QC |
| 12/30/2022 | Amalie Arena,Tampa,FL |
| 12/30/2022 | Coca-Cola Coliseum,Toronto,ON |
| 01/01/2023 | State Farm Arena ,Atlanta,GA |
| 01/02/2023 | Bridgestone Arena,Nashville,TN |
| 01/06/2023 | BOK Center,Tulsa,OK |
| 01/09/2023 | CHI Health Center ,Omaha,NE |

| | |
|---|---|
| 01/13/2023 | Resch Center,Green Bay,WI |
| 01/16/2023 | Van Andel Arena,Grand Rapids,MI |
| 01/20/2023 | Thompson/Boling Assembly Arena,Knoxville,TN |
| 01/23/2023 | Ford Center Evansville,Evansville,IN |
| 01/27/2023 | American Bank Center Arena,Corpus Christi,TX |
| 01/30/2023 | Legacy Arena,Birmingham,AL |
| 02/03/2023 | Bon Secours Wellness Arena,Greenville,SC |
| 02/06/2023 | Amway Center,Orlando,FL |
| 02/10/2023 | Mohegan Sun Arena,Uncasville,CT |
| 02/13/2023 | DCU Center,Worcester,MA |
| 02/17/2023 | Capital One Arena,Washington,DC |
| 02/20/2023 | Spectrum Center,Charlotte,NC |
| 02/24/2023 | Huntington Center,Toledo,OH |
| 03/03/2023 | Wells Fargo Center,Philadelphia,PA |
| 03/06/2023 | PPG Paints Arena,Pittsburgh,PA |
| 03/10/2023 | UBS Arena,Elmont,NY |
| 03/13/2023 | Gainbridge Fieldhouse,Indianapolis,IN |
| 03/17/2023 | T-Mobile Center,Kansas City,MO |
| 03/20/2023 | T-Mobile Center,Kansas City,MO |
| 03/24/2023 | Vivint Smart Home Arena ,Salt Lake City,UT |
| 03/27/2023 | Footprint Center,Phoenix,AZ |
| 03/31/2023 | Cyrpto.com Arena,Los Angeles,CA |