# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN AND JANE DOES 1-100, and XYZ CORPORATIONS 1-100, <br><br> Defendants. | Civil Action No.:  3:22-cv-00703 <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and to enable Judges and Magistrate Judges to evaluate a possible disqualification or recusal, the undersigned attorneys for World Wrestling Entertainment, Inc. ("WWE") in the above-captioned action state that WWE is a publicly traded corporation and that WWE has no parent corporations and has no publicly held companies owning ten percent or more of WWE stock.

311868181.1

Dated: March 25, 2022

Respectfully submitted,

/s/ Darlene F. Ghavimi
Darlene F. Ghavimi
Trial Counsel
TX Bar No. 24072114
E-mail: darlene.ghavimi@klgates.com
K&L GATES LLP
2801 Via Fortuna, Suite 350
Austin, Texas 78746
Telephone: (512) 482-6800

Artoush Varshosaz
TX Bar No. 24066234
K&L GATES LLP
Artoush.Varshosaz@klgates.com
1717 Main Street, Suite 2800
Dallas, Texas 75201
214.939.5500

Jerry S. McDevitt (*pro hac vice* motion to be filed)
Curtis B. Krasik (*pro hac vice* motion to be filed)
Christopher M. Verdini (*pro hac vice* motion to be filed)
K&L GATES LLP
K&L Gates Center
210 Sixth Ave.
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500

*Attorneys for Plaintiff, World Wrestling Entertainment, Inc.*

311868181.1