**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., | Civil Action No.: 3:22-cv-00703-L |
| Plaintiff, | |
| vs. | **REQUEST FOR CLERK TO ISSUE SUMMONS** |
| JOHN AND JANE DOES 1-100, and XYZ CORPORATIONS 1-100, | |
| Defendants. | |

Plaintiff World Wrestling Entertainment, Inc. ("WWE"), requests the clerk to issue summons for John and Jane Does 1-100 and XYZ Corporations 1-100.

Dated: March 27, 2022        Respectfully submitted,

/s/ Darlene F. Ghavimi
Darlene F. Ghavimi
TX Bar No. 24072114
E-mail: darlene.ghavimi@klgates.com
K&L GATES LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Telephone: (512) 482-6800

Artoush Varshosaz
TX Bar No. 24066234
K&L GATES LLP
Artoush.Varshosaz@klgates.com
1717 Main Street, Suite 2800
Dallas, Texas 75201
214.939.5500

Jerry S. McDevitt (*pro hac vice* motion to be filed)
Curtis B. Krasik (*pro hac vice* motion to be filed)
Christopher M. Verdini (*pro hac vice* motion to be filed)
K&L GATES LLP
K&L Gates Center
210 Sixth Ave.
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500

*Attorneys for Plaintiff, World Wrestling Entertainment, Inc.*