AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following

☐ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| | | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

# EXHIBIT 1

# WWE TRADEMARKS PENDING/REGISTERED WITH THE UNITED STATES PATENT AND TRADEMARK OFFICE ("U.S. PTO")

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| WWE logo | 4,735,547; 4,731,795; 4,735,546; 4,625,255; 4,727,923; 4,675,657; 4,538,209; 4,689,839; 4,689,835; 4,538,210; 4,614,144; 4,645,471; 4,552,144; 86/139,905; 97175305; 97175297 | WRESTLEMANIA logo | 4,285,112 |
| WWE logo (Color Version) | 4,645,471 | WRESTLEMANIA | 1,432,884; 1,863,534; 2,625,125; 2,881,508; 3,351,858; 3,351,859; 3,727,338; 3,727,339; 4,285,112; 86/456,620; 5094698 |
| WWE | 2,772,683; 3,056,074; 3,541,936; 4,451,697; 3,538,710; 3,489,357; 3,412,176; 3,412,177; 3,541,956; 3,621,017; 97175076; 97175056 | RAW logo | 3,960,447 |
| WORLD WRESTLING ENTERTAINMENT | 2,818,358; 2,772,677; 2,757,599; 2,754,499; 2,870,426; 2,902,203; 2,917,910; 3,585,170; 3,585,171 | RAW logo | 78/124,901 |
| NXT logo | 4,032,288; 77/930,230 | W logo | 3,042,792; 3,115,074; 3,473,626 |
| NXT logo | 4,687,331 | nWo logo | 2,968,039 |
| WWE logo (Color Version) | 3,691,588 4,220,594 | U©ME logo | 86/886,600 |
| WWE logo | 2,757,596; 2,754,495; 2,846,450; 2,799,228; 2,751,436; 2,757,597; 2,765,751; 2,751,437; 4,756,090; 3,412,169; 3,412,170; 97293258 | Ultimate Warrior logo | 86/900,547; 86/900,564; 86/900,534; 86/900,716; 90199711 |
| NXT logo | 86/670,933; 86/671,063 | WWF logo | 1,574,169; 1,348,618 |
| Hustle Loyalty Respect logo | 4,871,102 | CWC Cruiserweight Classic logo | 87/065,986 |

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| (AWA logo) | 3,627,500; 3,755,039 | (Divas logo) | 4,123,178 |
| (B.A. be a STAR logo) | 4,593,423; 85/708,147 | (Ultimate Warrior mask logo) | 87102202 |
| (CENA logo) | 86/341,786; 86/348,537; 86/348,567; 86/348,577 | (WCW logo) | 4,865,510 |
| (Cena swoosh logo) | 86/341,769; 86/341,802; 86/341,811; 86/348,587 | (WWE Network logo) | 4,614,144 |
| (Southpaw Regional Wrestling logo) | 87/381,426 | (BB logo) | 88104920 |
| (CE logo) | 3,720,155; 86/501,868; 86/501,883 | (WWE logo) | 4,552,144 |
| (FCW Florida Championship Wrestling logo) | 4,031,024 | (WWE Kids logo) | 3,894,082 |
| (C logo) | 86/704,224; 86/704,311; 86/704,296; 86/704,322; 86/704,159 | (WWE In Your Corner logo) | 3,935,104 |

2

| MARK | SERIAL #/ REG # | MARK | SERIAL #/ REG # |
|---|---|---|---|
| **3:16** | 5650355 | **BAD BLOOD** | 3,174,728; 3,199,302 |
| **619** | 4,675,811 | **BALOR CLUB** | 86/583,739 |
| **ACKNOWLEDGE ME** | 97328087 | **BARON CORBIN** | 5312421 |
| **ADRIAN BUTLER** | 97120437 | **BASH AT THE BEACH** | 90689255; 90689189; 90295890 |
| **AJ STYLES** | 78534101 | **BATISTA** | 3404371; 3119128 |
| **AKEEM YOUNG** | 90266072 | **BATTLEBOWL** | 90295864 |
| **ALEAH JAMES** | 90281895 | **BAYLEY** | 5370753 |
| **ALEXA BLISS** | 5376243 | **BE A STAR** | 4,760,595; 86/899,213 |
| **ALICIA FOX** | 86/090,782 | **BECKY LYNCH** | 5272107 |
| **ALIYAH** | 88583566 | **BE LIKE NO ONE** | 87/365,362; 87/365,023; 87/364,997; 87/364,994 |
| **ALPHA ACADEMY** | 97097399 | **BELLA ARMY** | 90022707 |
| **AMERICAN ALPHA** | 86/855,122 | **BELLA GLAM** | 97129864 |
| **AMERICAN WRESTLING ASSOCIATION** | 1,410,887 | **BELLA STYLE** | 97129886; 90196826 |
| **AMIR JORDAN** | 90229346 | **BELLA TWINS** | 4,809,017 |
| **ANDRE CHASE** | 90769688 | **BENDING THE RULES** | 4,388,467 |
| **ANDRE CHASE UNIVERSITY** | 97018903 | **BETH PHOENIX** | 3,801,534 |
| **ANGELO DAWKINS** | 88121033 | **BEYOND THE RING** | 4,822,923; 86/170,564 |
| **AOIFE VALKYRIE** | 90229356 | **BIANCE BELAIR** | 88585744 |
| **APEX PREDATOR** | 88822524 | **BIG BOSS MAN** | 3,469,974 |
| **APOLLO NATION** | 86/721,632 | **BIG E LANGSTON** | 4,841,827 |
| **ARMAGEDDON** | 2,807,405; 2,801,333 | **BIG RED** | 86/466,331 |
| **AS CLOSE AS IT GETS** | 97205361 | **BIG TIME BECKS** | 97024008 |
| **ASUKA** | 86/753,293 | **BLAIR BALDWIN** | 97116454 |
| **A-KID** | 90229228 | **BLAST AREA** | 2,659,716 |
| **A-TRAIN** | 3,419,749 | **(THE) BLOODLINE** | 97266217 |
| **AUSTIN 3:16** | 2,313,120; 2,299,461; 2,299,462; 90339370; 90230582 | **BOBBY LASHLEY** | 90661271 |
| **AUSTIN THEORY** | 88945923 | **BOBBY ROODE** | 87214988 |
| **AWA** | 1,401,633; 4,863,983; 86/306,286; 86/380,916; 86/943,682; 90898232 | **BODHI HAYWARD** | 97118781 |

3

| MARK | SERIAL #/ REG # | MARK | SERIAL #/ REG # |
|---|---|---|---|
| **BACKLASH** | 2,642,926; 2,627,703; 2,771,710 | **BOOKER T** | 3,234,256; 3,230,536; 3,142,989 |
| **BOOTS TO ASSES** | 4,838,528 | **CLASH OF CHAMPIONS** | 87067543; 87067524; 87067514 |
| **BOOTY O** | 86/939,876; 86/939,871 | **CLAYMORE COUNTRY** | 90873174 |
| **BRADSHAW** | 2,939,820 | **CO-BRO** | 4,675,801 |
| **BRAY WYATT** | 86/665,296 | **COMMANDER AZEEZ** | 90627897 |
| **BREAKING GROUND** | 86/733,794 | **COMPLAINING IS NOT CONVERSATION** | 90833276; 90833375 |
| **BREEZANGO** | 88588780 | **CONNOR'S CURE** | 86/903,969 |
| **BRENDAN VINK** | 88945951 | **COREY GRAVES** | 88082155 |
| **BRIE BELLA** | 86/429,950 | **CROWN JEWEL** | 88698596 |
| **BRING IT TO THE TABLE** | 87295086 | **CRUISERWEIGHT CLASSIC** | 5,084,008; 87064203 |
| **BRITISH STRONG STYLE** | 88003965 | **CRUSH CLOTHING** | 85/927,474; 85/927,428 |
| **BROCK LESNAR** | 86/925,032; 97220015 | **CRUSH COUTURE** | 85/909,787 |
| **BRODOWN** | 97005218 | **CRUSH GEAR** | 85/921,244; 85/921,211 |
| **BRON BREAKKER** | 97024855 | **CRUSH WEAR** | 85/921,201 |
| **BROOKLYN BARLOW** | 97299175 | **CRYME TYME** | 86/724,841 |
| **BRUISERWEIGHT** | 5542111 | **CWC CAPITOL WRESTLING CENTER** | 90232711; 90232766 |
| **BRUTUS CREED** | 90769749 | **CYBERSLAM** | 88701189 |
| **BRYSON MONTANA** | 97168898 | **CYBER SUNDAY** | 3,478,412 |
| **BUTCH** | 97306140 | **DALLAS IRVIN** | 97120412 |
| **CAMP WWE** | 86/579,889 | **DAMON KEMP** | 97108730 |
| **CANDICE LERAE** | 88597687 | **DAMIAN PRIEST** | 88596293 |
| **CARMELLA** | 87214280 | **DANA BROOKE** | 87073846 |
| **CEDRIC ALEXANDER** | 87214286 | **DAPHANIE LASHAUNN** | 97120385 |
| **CELTIC WARRIOR** | 4,863,926; 86/557,265 | **DAVE MASTIFF** | 90235869 |
| **CENA** | 86/664,519 | **DAVID OTUNGA** | 3,930,734 |
| **CENATION** | 4,522,307; 4,471,264; 86/383,836; 86/886,605 | **(THE) DEADMAN** | 88820559 |
| **CHAD GABLE** | 5330832 | **DEAN AMBROSE** | 4,470,627; 90242424 |
| **CHARLIE DEMPSEY** | 90885301 | **DECEMBER TO DISMEMBER** | 3,402,365 |

| MARK | SERIAL #/ REG # | MARK | SERIAL #/ REG # |
|---|---|---|---|
| **CHARLOTTE** | 5272109 | **DEMON KING** | 87138656; 5612403; 87138638 |
| **CHIP DANNING** | 97124784 | **DEREK SANDERS** | 97120424 |
| **DEF REBEL** | 88917657; 88917733 | **EDRIS ENOFE** | 97128082 |
| **D-GENERATION X** | 3,728,991 | **ELIMINATION CHAMBER** | 3,878,682; 4,451,591; 4,194,955; 4,094,125; 86/030,095; 90619015 |
| **DIAMOND MINE** | 90435144 | **ELIZA ALEXANDER** | 97287628 |
| **DIE FAMILIE** | 97125238 | **EREBUS PICTURES** | 86/704,216; 86/704,254; 86/704,251; 86/704,269; 86/704,196 |
| **DILSHER SHANKY** | 90453216 | **ERICA YAN** | 97104001 |
| **DIVAS OF DOOM** | 4,121,920 | **E:SPIR** | 90764662; 90764676; 90764690; 90764763; 90764774 |
| **DOINK THE CLOWN** | 1,994,733 | **EST** | 97328070 |
| **DOLPH ZIGGLER** | 3,923,812 | **ETHEREAL SPIRIT** | 90764821; 90764866; 90764874; 90764889; 90764893 |
| **DOMINIK** | 90253786 | **EVA-LUTION** | 90687420 |
| **DOMINIK MYSTERIO** | 90207197 | **EVA MARIE** | 86/925,623 |
| **DOUDROP** | 90773292 | **EVE TORRES** | 86/429,970 |
| **DRACO ANTHONY** | 97115314 | **EVOLUTION** | 2,885,200 |
| **DREW GULAK** | 87214383; 90083185 | **EVOLVE** | 88558860 |
| **DREW MCINTYRE** | 3,933,603 | **EXTREME CHAMPIONSHIP WRESTLING** | 3,614,190; 78/073,881 |
| **DRIP STICK** | 90745251 | **FALL BRAWL** | 88127610 |
| **DUKE'S POKER ROOM** | 97071352; 97071356 | **FALLON HENLEY** | 97149282 |
| **DX** | 3,413,432 | **FATAL FOUR WAY** | 3,945,860; 3,959,206; 3,945,863; 4,313,379 |
| **EARN THE DAY** | 87229693; 90835383 | **FCW** | 3,592,664; 85/711,451; 85/895,236 |
| **EARN YOUR SCARS** | 90873071 | **FEEL THE GLOW** | 88860386 |
| **EAT SLEEP BREAK THE STREAK** | 86/245,212 | **FELIX FERNANDEZ** | 97116470 |
| **EAT SLEEP CONQUER REPEAT** | 97016445 | **FINLAY** | 3,697,421 |
| **ECW** | 3,282,316; 2,462,643; 4,679,362; 97135514 | **FINN BALOR** | 4,899,322 |
| **ECW ONE NIGHT STAND** | 3,319,727; 3,446,487; 78/549,078 | **FIREFLY FUN HOUSE** | 88602436 |

| MARK | SERIAL #/ REG # | MARK | SERIAL #/ REG # |
|---|---|---|---|
| **ECW VIXENS** | 3,584,808 | **FLORIDA CHAMPIONSHIP WRESTLING** | 3,552,242; 3,727,374; 3,697,278 |
| **EDDIE GUERRERO** | 2,966,483; 3,159,940; 3,149,523 | **FOLLOW THAT MY FRIEND** | 88615754 |
| **EDGE** | 4,430,403; 2,649,476; 77/940,892 | **FRIDAY NIGHT SMACKDOWN** | 3,301,799 |
| **FTMF** | 88615737 | **HORNSWOGGLE** | 3,489,434; 3,658,547 |
| **FUNKADACTYLS** | 4,495,385 | **HUMBERTO CARRILLO** | 88585881 |
| **GARY WILSON** | 97116494 | **HUNTER HEARST HELMSLEY** | 3,838,295 |
| **GALLUS** | 90095594 | **HUSTLE LOYALTY RESPECT** | 3,937,302; 85/923,871; 85/923,831; 86/787,917 |
| **GLAMAZON** | 3,828,716 | **IKEMAN JIRO** | 90689680; 90690324 |
| **GLOBAL CRUISERWEIGHT SERIES** | 86/912,043 | **IICONICS** | 88585900 |
| **GLOBAL LOCALIZATION** | 87867138 | **IJLA DRAGUNOV** | 90245465 |
| **GOLDEN TRUTH** | 87095709 | **IMMORTALS** | 4,905,922; 86/426,191 |
| **GOLDUST** | 2,129,106; 2,675,279 | **IMMUNE TO FEAR** | 5662199 |
| **GORGEOUS GEORGE** | 77/758,976; 77/758,980; 86/846,807; 86/846,818; 86/846,827; 86/912,904 | **IMPERIUM** | 90095551 |
| **GRAYSON WALLER** | 90762231 | **INDI HARTWELL** | 90091456 |
| **GREAT AMERICAN BASH** | 87897918 | **INDUS SHER** | 90095581 |
| **GURU RAAJ** | 90453198 | **IN YOUR HOUSE** | 3,381,509 |
| **GYV** | 97097505 | **INTERCONTINENTAL CHAMPION** | 87091198 |
| **HALLOWEEN HAVOC** | 88127603 | **INTERCONTINENTAL CHAMPIONSHIP** | 90046333 |
| **HAPPY CORBIN** | 90794969 | **(THE) IRRESISTIBLE FORCE** | 87759868 |
| **HARD HITTING REALITY** | 86/665,408 | **IT'S WAY OVER THE TOP** | 86/160,847 |
| **HARDCORE HEAVEN** | 88717460 | **IVY NILE** | 97157286 |
| **HARDCORE HOLLY** | 3,118,011 | **JACKET TIME** | 97105308 |
| **HARLEM HEAT** | 88756306 | **JACK STARZ** | 90245529 |
| **HBK** | 3,565,556 | **JAKARA JACKSON** | 97168875 |
| **HEAD OF THE TABLE** | 90774083 | **JAKKED** | 4,867,443 |
| **HEAVY MACHINERY** | 88483568 | **JAMIE NOBLE** | 3,752,694 |

| MARK | SERIAL #/ REG # | MARK | SERIAL #/ REG # |
|---|---|---|---|
| **HELL IN A CELL** | 4,067,781; 4,074,565; 77/837,247; 3,912,015; 4,158,177 | **JASON JORDAN** | 87/134,931 |
| **HHH** | 3,091,120; 3,034,385; 2,841,514 | **JAVIER BERNAL** | 97168880 |
| **HLR** | 86/940,545 | **JBL** | 3,959,446 |
| **HOLEY FOLEY** | 5272160 | **JERRY "THE KING" LAWLER** | 3,131,928 |
| **JEY USO** | 4,096,086 | **LEGIT BOSS** | 90873043; 88602497 |
| **JIMMY USO** | 4,096,085 | **LET ME IN** | 90647232 |
| **JINDER MAHAL** | 4,535,704 | **LIV MORGAN** | 5880491 |
| **JINNY** | 97150809 | **LOCKUP** | 97308531 |
| **JOAQUIN WILDE** | 88596188 | **LO SHIRAI** | 88603639 |
| **JOEY GONZALEZ** | 97259928 | **LRLR** | 88810861; 88810221 |
| **JOEY TOFINO** | 97124797 | **MACE** | 90197901 |
| **JOHN CENA** | 2,957,043; 3,169,452; 3,074,517; 3,088,504; 86/787,877; 86/787,885; 86/787,899 | **MANDY ROSE** | 88073313 |
| **JOSH BRIGGS** | 90769729 | **MANIA** | 86/557,373 |
| **JOSHUA BRUNS** | 90455142 | **MANKIND** | 3,848,186 |
| **JUDGMENT DAY** | 2,686,549; 2,621,441; 2,700,343; 4,056,805 | **MANSOOR** | 90448467 |
| **JULIUS CREED** | 90769735 | **MARCEL BARTHEL** | 88618182 |
| **JUST BRING IT** | 86/424,758 | **MARK ANDREWS** | 90254866 |
| **KANE** | 2,635,378; 3,261,934; 3,042,739 | **MARK HENRY** | 3,752,693 |
| **KAYFABE** | 85/553,175 | **MARQUEE CLASSICS** | 97076911; 97076929 |
| **KELLY KELLY** | 3,658,650 | **MARQUIS HAMILTON** | 97116483 |
| **KELLY KINCAID** | 97253176 | **MARYSE** | 87061776 |
| **KEVIN OWENS** | 86/434,333 | **MATT RIDDLE** | 88585638 |
| **KING OF KINGS** | 3,584,739; 78/802,596 | **MILA MALANI** | 97124714 |
| **KING OF STRONG STYLE** | 5661830 | **MIZ & MRS.** | 87759981 |
| **KING OF THE RING** | 87119716; 87119708 | **MONEY IN THE BANK** | 3,532,434; 3,949,008; 3,949,010; 3,949,009; 4,358,310; 3,945,864 |
| **KNUCKLEHEAD** | 4,168,294; 4,168,293 | **MONTEL VONTAVIOUS PORTER** | 3,731,900 |
| **KOFI KINGSTON** | 3,720,955 | **MONTEZ FORD** | 88121037 |

| MARK | SERIAL #/ REG # | MARK | SERIAL #/ REG # |
|---|---|---|---|
| **LACEY EVANS** | 88483352 | **MOONSAULT** | 97308522 |
| **LASH LEGEND** | 97018892 | **MOUSTACHE MOUNTAIN** | 90873111 |
| **LASSKICKER** | 90606758 | **MR. MCMAHON** | 3,048,616; 3,419,750 |
| **LAST OUTLAW** | 86/569,613 | **MR. PERFECT** | 2,003,188 |
| **LEFT RIGHT LEFT RIGHT** | 90450960; 88810852; 88810208 | **MSK** | 90446466 |
| **LEGEND KILLER** | 90326771 | **MUSTAFA ALI** | 5525827 |
| **MVP** | 3,525,024 | **NXT ROOKIE** | 3,945,854 |
| **NAKITA** | 90769720 | **NXT: ARRIVAL** | 86/189,367; 86/189,609; 86/189,267 |
| **NAOMI** | 86/429,964 | **NXT TAKEOVER** | 86/261,560; 86/806,888 |
| **NATALYA** | 86/086,127 | **NXT TAKEOVER STAND & DELIVER** | 90563322; 90555077 |
| **NATHAN FRAZER** | 90694067 | **ODYSSEY JONES** | 97157278 |
| **NEVER GIVE UP** | 4,777,712 | **OLYMPE MARGAUX** | 97124768 |
| **NEVER GIVE UP BY JOHN CENA** | 85/927,376 | **OMOS** | 90448489 |
| **NEW YEARS REVOLUTION** | 3,298,836 | **ONE NIGHT STAND** | 3,785,401; 3,785,402 |
| **NEXT IN LINE** | 97151530 | **OTIS DOZOVIC** | 88121042 |
| **NIGHT OF CHAMPIONS** | 3,589,378; 3,747,410; 3,925,939; 3,747,411 | **OVER THE LIMIT** | 3,949,006; 3,949,007; 4,361,681; 3,945,862 |
| **NIKKI-ASH** | 90805922 | **PAIGE** | 86/422,215 |
| **NIKKI A.S.H.** | 90795024 | **PAUL HEYMAN** | 97077332 |
| **NIKKI BELLA** | 86/429,958 | **PETE DUNNE** | 90083198 |
| **NIKKI CROSS** | 87397307 | **(THE) PHENOM** | 88820565 |
| **NIKKITA LYONS** | 97168864 | **PHENOMENAL ONE** | 88132568 |
| **NOAM DAR** | 87214298 | **PIPER NIVEN** | 97157266 |
| **NOBODY'S BITCH** | 90707326 | **PROJECT ROCK** | 87671569 |
| **NO FLIPS JUST FISTS** | 88807503 | **QUEEN ZELINA** | 97097419 |
| **NO MERCY** | 2,757,508; 2,803,552; 4,616,254; 90629922 | **QUEENS CROWN TOURNAMENT** | 90907310 |
| **NO WAY OUT** | 2,453,023; 2,625,121; 4,388,956 | **QUINCY ELLIOTT** | 97149292 |
| **NVRGVUP** | 2,341,582; 3,176,335 | **RAELYN DIVINE** | 97168889 |
| **NWO** | 2,120,098; 2,120,099 87941495; 87941516 | **RANDY ORTON** | 2,957,044; 3,059,530; 3,059,531; |

| MARK | SERIAL #/ REG # | MARK | SERIAL #/ REG # |
|---|---|---|---|
| | | | 3,059,535 |
| NWO NEW WORLD ORDER | 2,972,641; 2,993,019; 4,875,586 88126592 | RAW | 2,396,746; 2,086,903; 4,125,983; 4,804,352; 86/610,604; 87562709 |
| NXT | 3,854,998; 77/918,577; 86/220,806; 86/220,794; 86/220,779; 90907430 | RAW ACTIVE | 85/626,795 |
| NXT LEVEL UP | 97260436 | RAW TALK | 87220699 |
| NXT LVL UP | 97264600 | REDNECK RECKIN' COMPANY | 86/533,507 |
| | | REGGIE | 90885522 |
| REGINALD | 90713949 | SCRAPP METEL | 97122458 |
| RETRIBUTION | 90092873 | SCRAPP METTAL | 97122280; 97122296; 97122264 |
| REY MYSTERIO | 2,972,939; 3,124,385; 3,209,567 | SETH ROLLINS | 4,841,810; 86/763,866; 86/808,287 |
| RHEA RIPLEY | 88624585 | SHANE MCMAHON | 3,130,690 |
| RICK BOOGS | 90723430 | SHAWN MICHAELS | 3,130,643; 3,412,626; 3,230,534 |
| RIDDICK MOSS | 90606735 | SHAYNA BASZLER | 88078001 |
| RIDGE HOLLAND | 90271601 | SHEAMUS | 3,892,393; 86/886,576 |
| RIKISHI | 2,807,414 | SHELTON BENJAMIN | 3,127,655 |
| RIP 'EM | 4,580,634 | SHINSUKE NAKAMURA | 5257271 |
| RISE ABOVE CANCER | 86/742,929; 86/742,923 | SHORTY G | 88514067 |
| RISE ABOVE HATE | 86/825,619 | SHOTZI BLACKHEART | 90120790 |
| RK-BRO | 97097434 | SHOW UP AND WIN | 90146972 |
| RKO | 88360584 | SIN CARA | 4,440,573; 4,485,548; 4,471,255; 4,384,485; 90268750; 90268780 |
| ROB VAN DAM | 3,276,175 | SISTER ABIGAIL | 88914239 |
| ROCKPOCALYPSE | 4,760,711 | SKULL KING | 86/359,823; 86/359,826; 86/360,594; 97150631; 90554150 |
| ROMAN REIGNS | 4,614,890; 86/819,169; 86/819,175 | SLAMMY | 2,267,980 |
| ROYAL RUMBLE | 4,002,779; 3,845,745; 1,972,560; 1,930,440; 2,681,135; 2,618,355; 97282240 | SLAYOMI | 86/392,334 |
| R-TRUTH | 3,720,963 | SOFIA CROMWELL | 97135509 |
| RU FENG | 97082313 | SONYA DEVILLE | 88073321 |
| RUTHLESS AGGRESSION | 88792515 | SOUTHPAW REGIONAL WRESTLING | 87851250 |
| SAMI ZAYN | 86/626,272 | SMACKDOWN | 2,941,520; 2,928,460; 4,052,024; |

| MARK | SERIAL #/ REG # | MARK | SERIAL #/ REG # |
|---|---|---|---|
| | | | 4,672,593 |
| SANGA | 97233696 | SMACKDOWN VS. RAW | 3,909,934 |
| SANTOS ESCOBAR | 90103964 | SMACKDOWN YOUR VOTE | 2,625,262 |
| SASHA BANKS | 86/925,636 | SMACKADILLAS | 97310298 |
| SATURDAY NIGHT'S MAIN EVENT | 3,832,577; 90106818; 90106802 | SOLID GOLD | 87094930 |
| SCOTTISH WARRIOR | 90544228 | SOLO SIKOA | 97066216 |
| SCRAP METTAL | 97122310 | STACK DOWN | 86/011,478 |
| SCRAP METEL | 97122324 | STARRCADE | 88117085 |
| STARDUST | 86/422,199 | TEXAS RATTLESNAKE | 88785493 |
| STEPHANIE MCMAHON | 3,130,691; 3,450,782 | THE AUTHORITY | 86/528,551 |
| STONE COLD | 3,684,739; 77/291,491 | THE AWESOME ONE | 88132537 |
| STONE COLD STEVE AUSTIN | 3,659,657 | THE BASH | 4,071,009 |
| STREET PROFITS | 88588747 | THE BIG DOG | 90325113 |
| STUN THE WORLD | 90873180 | THE BIGGEST PARTY OF THE SUMMER | 3,321,550 |
| SUBCULTURE | 90566025 | THE BOOGEYMAN | 86/569,583 |
| SUDU SHAH | 97231310 | THE FIEND | 88855620 |
| SUMMERSLAM | 1,884,646; 4,748,785; 2,702,648; 4,052,025; 4,052,026 | THE GAME | 2,858,755; 86/704,206; 90242325 |
| SUNDAY NIGHT HEAT | 2,363,921 | THE GODDESS | 97227616 |
| SUPERBRAWL | 97227581 | THE GOLD STANDARD | 3,712,662 |
| SUPERSTAR INK | 86/813,724 | THE GREAT AMERICAN BASH | 2,109,152; 2,194,671 |
| SUPERSTORE AXXESS | 97257431 | THE GREAT KHALI | 3,420,447 |
| SUPLEX CITY | 86/581,713 | THE HERO IN ALL OF US | 87304757 |
| SURVIVOR SERIES | 1,860,719; 1,563,878; 3,013,724; 3,985,965; 77/061,038 | THE HEARTBREAK KID | 3,568,362 |
| SWERVED | 86/579,887 | THE HUNT | 90100127 |
| SYMBIOSIS | 90563195 | THE HURRICANE | 2,681,342 |
| T-BAR | 90197897 | THE HURT BUSINESS | 90081119 |
| TABLE FOR 3 | 86/813,736 | THE IRRESISTIBLE FORCE | 88588434 |
| TABOO TUESDAY | 3,194,947 | THE MAN | 90872224; 90872783; 90872980; |

| MARK | SERIAL #/ REG # | MARK | SERIAL #/ REG # |
|---|---|---|---|
|  |  |  | 90049207; 90049313 |
| **TAKEOFF TO TAKEOVER** | 90184900 | **THE MIZ** | 86/001,322 |
| **TAKEOVER VENGEANCE** | 90501525 | **THE MONDAY NIGHT WAR** | 4,572,755 |
| **TAMINA SNUKA** | 86/087,198 | **THE NEW DAY** | 4,896,325; 86/901,772; 86/901,785 |
| **TATUM PAXLEY** | 97266851 | **THEN NOW FOREVER** | 90279368 |
| **TAZZ** | 77/288,329 | **THEN NOW TOGETHER FOREVER** | 90639455; 90639471; 90639485; 90639530; 90639556 |
| **TEAM BRING IT** | 86/818,377 | **THE PHENOM** | 88627584 |
| **TED DIBIASE** | 3,809,219 | **THE QUEEN** | 97227631 |
| **TENSAI** | 4,782,305 |  |  |
| **THERE'S NEVER A BAD TIME TO HAVE A GOOD TIME** | 90704403; 90704418 | **TRIBUTE TO THE TROOPS** | 3,641,851 |
| **THE ROCK** | 2,514,522; 2,633,988; 2,572,837; 2,572,838; 86/781,167; 86/788,029; 86/806,967; 86/806,924 | **TRIPLE H** | 2,780,659; 3,003,874; 2,991,990; 2,991,991 |
| **THE ROCK JUST BRING IT** | 87270318 | **TRIPLE THREAT** | 2,768,658 |
| **THE SUPLEX-ORCIST** | 97065470; 97065489; 97065497; 97065505 | **TYLER BATE** | 87429937 |
| **THE UNDERTAKER** | 1,755,782 | **TYLER BREEZE** | 86/836,541 |
| **THE WAY** | 90300189 | **TYSON KIDD** | 4,130,719 |
| **THE WWE EXPERIENCE** | 3,442,191 | **TYSON T-BONE** | 90279158 |
| **THE WWE LIST** | 86/813,745 | **ULTIMATE WARRIOR** | 86/883,984; 86/884,027; 86/884,011; 86/883,994; 86/883,968 |
| **THEODORE LONG** | 4,651,210 | **UMAGA** | 3,420,413 |
| **TITANTRON** | 4,084,430 | **UNCENSORED** | 97227561 |
| **TITUS O'NEIL** | 86/087,187 | **UNDERTAKER** | 1,771,405; 1,771,513; 1,755,482; 2,327,493; 1,980,341; 4,744,469; 86/421,791; 97087750 |
| **TLC: TABLES, LADDERS & CHAIRS** | 4,088,347; 4,164,913; 3,875,573; 4,459,369 | **UNFORGIVEN** | 2,576,331; 2,666,552; 2,525,314 |
| **TOMMASO CIAMPA** | 87540049 | **UUDD** | 88516623 |
| **TOO BIG FOR JUST ONE NIGHT** | 88843855; 88841894 | **(THE) USOS** | 88752584 |
| **TOO HOT FOR TV** | 86/813,705 | **VEER** | 90688347 |
| **TONY D'ANGELO** | 97014609 | **VEER MAHAAN** | 97103052 |

| MARK | SERIAL #/ REG # | MARK | SERIAL #/ REG # |
|---|---|---|---|
| **TONY GILL** | 90455158 | **VENGEANCE** | 2,978,955; 4,094,162 |
| **TOP ROPE** | 4,019,774 | **VIKING RAIDERS** | 88483330 |
| **TORRIE WILSON** | 78/403,211 | **VINCE MCMAHON** | 3,303,304 |
| **TOTAL BELLAS** | 88624537; 88624548; 88624528 | **VIPER** | 3,938,019 |
| **TOTAL DIVAS** | 4,696,548; 4,902,232; 85/910,206; 85/910,202; 85/910,201; 85/910,200 | **VISCERA** | 3,525,023 |
| **TOUGH ENOUGH** | 2,757,458; 4,063,650; 4,580,405; 4,023,271; 86/611,330; 86/611,338; 97147920 | **VON WAGNER** | 97097484 |
| **TOXIC ATTRACTION** | 97097463 | **WALK WITH ELIAS** | 88103132 |
| **TRIBAL CHIEF** | 97328107 | **WALTER** | 88583585 |
| **WAR GAMES** | 88698651 | **WWE MAIN EVENT** | 90242352 |
| **WARRIOR** | 2,299,387 | **WWE NETWORK** | 4,632,692; 4,614,127; 4,768,910; 4,621,480 |
| **WCW** | 3,735,299; 2,964,395; 3,139,777; 3,502,189; 85/896,161; 90594471 | **WWE NXT** | 4,115,464; 3,945,846; 85/932,497; 86/030,958 |
| **WCW MONDAY NITRO** | 88127146 | **WWE PAYBACK** | 4,744,095; 4,914,063; 85/860,084 |
| **WCCW** | 88134527 | **WWE PRIORITY PASS** | 97282992 |
| **WENDY CHOO** | 97124728 | **WWE RIDE ALONG** | 86/842,720 |
| **WILL CHARLTON** | 97124750 | **WWE RIVALRIES** | 86/297,911 |
| **WORD LIFE** | 3,209,593; 78/434,926 | **WWE ROADBLOCK** | 86/921,626; 86/923,814; 86/923,825 |
| **WORLD CHAMPIONSHIP WRESTLING** | 88127170 | **WWE SATURDAY MORNING SLAM** | 4,495,592; 85/700,345; 85/696,472; 85/696,481 |
| **WORLD CLASS CHAMPIONSHIP WRESTLING** | 90795004 | **WWE SLAM CITY** | 4,773,383; 4,594,083; 4,657,055; 85/960,513; 85/960,457 |
| **WRECK EVERYONE & LEAVE** | 90873007 | **WWE SLAM SHOT** | 85/836,836 |
| **WRESTLEFEST** | 85/498,360 | **WWE SPOTLIGHT** | 85/674,269; 85/671,711; 85/671,360 |
| **WRESTLEMANIA REWIND** | 4,780,778 | **WWE STUDIOS** | 3,778,837 |
| **WRESTLEMANIACS** | 86/517,906 | **WWE SUNDAY STUNNER** | 97251619 |
| **WRESTLEMANIART** | 3,712,674 | **WWE SUPERCHARGE** | 86/090,725 |
| **WRESTLE WAR** | 90023023 | **WWE SUPERSTARS** | 3,871,019; 77/626,294; 86/030,985; 86/030,989; 86/030,995 |

| MARK | SERIAL #/ REG # | MARK | SERIAL #/ REG # |
|---|---|---|---|
| **WWE ACTIVE** | 85/764,201; 85/790,729 | **WWE TALKING SMACK** | 87123129 |
| **WWE ALL STARS** | 4,046,290 | **WWE THE BUILD TO** | 97158687 |
| **WWE AUTHENTIC WEAR** | 4,045,760 | **WWE THE BUMP** | 88617524 |
| **WW BASICS** | 3,931,181 | **WWE THE HERO IN ALL OF US** | 86/541,526 |
| **WWE BRAWL** | 90898251 | **WWE THUNDERDOME** | 90115405; 90115585; 90115405 |
| **WWE DAY 1** | 90891238; 90891249; 90891270; 90891281 | **WWE TOUGH TALK** | 86/813,731 |
| **WWE EVIL** | 97017139 | **WWE UNFILTERED** | 86/813,712 |
| **WWE EXTREME RULES** | 90898257 | **WWE UNIVERSE** | 3,854,270; 3,778,789; 90898246 |
| **WWE LIVEWIRE** | 90242241 | **XAVIER WOODS** | 5272105 |
| **XIA LI** | 88603631 | **YOU CAN'T SEE ME** | 3,331,242 |
| **XYON QUINN** | 97150818 | **YULISA LEON** | 97108531 |
| **YES MOVEMENT** | 86/189,952 | **ZELINA VEGA** | 88483540 |